UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

IN RE:                                                                  Case No: 8:18-bk-1224-CPM

DANIEL LAWRENCE CASTILLO,
Debtor(s)
_____/

MOTION FOR AN EXTENSION OF TIME
TO FILE DEBTOR'S SCHEDULES AND CHAPTER 13 PLAN

COMES NOW, Debtor, Daniel Lawrence Castillo, by and through this undersigned counsel, and file this Motion for an Extension of Time to File Debtor's Schedules and Chapter 13 Plan and in support thereof states:

1. Debtor filed a Chapter 7 Bankruptcy Petition on February 20, 2018

2. Debtor's schedules and plan are due on or before March 6, 2018. Debtor has unavailable to sign the balance of the schedules due to family obligations.

3. Debtor is requesting that his schedules and plan be extended of 4 days to comply with rules of a deficiency filing.

Wherefore, Debtor prays that this Honorable Court will enter its Order allowing Debtor an extension of time of 4 days in which to file her schedules and plan with the court.

Date: 3/6/2018

/s/ David L Del Vecchio
David L. Del Vecchio, Esquire
Del Vecchio & Associates, P.A.
111 Second Ave NE #1403
St. Petersburg, FL 33701
Telephone: (727) 896-6210
Facsimile: (727) 894-8624
FBN: 0940607

     I HEREBY CERTIFY that a true and correct copy of the foregoing Motion For An Extension of Time to File Schedules and Chapter 13 Plan has been furnished electronically or by US Mail to Jon M Waage, Chapter 13 Trustee, P.O. Box 25001, Bradenton, FL 34206; US Trustee, 501 E Polk St., #1200, Tampa, FL 33602 this __6__ day of March 2018

                                             /s/ David L Del Vecchio