UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.us.courts.gov

IN RE:                                                                        Case No: 8:18-bk-01224-CPM

**DANIEL LAWRENCE CASTILLO,**
Debtor(s)
_____/

## MOTION FOR REFERRAL TO
## MORTGAGE MODIFICATION MEDIATION

The Debtor respectfully requests the entry of an order referring the Debtor and Federal National Mortgage Association, whose mortgage lien encumbers the Debtor's real property located at: 2129 W. Dallas Avenue, Tampa, FL 33603 with a Mortgage Loan Number ending in 0328, to mortgage modification mediation, and in support states:

1. Debtor(s) filed this Chapter 13 Case in an attempt to retain the primary residence.

2. Debtor(s) would like to modify the terms of the mortgage(s) encumbering the primary residence. The Debtor(s) income will allow them to contribute as much as 31 % of their current gross income to payment of the modified mortgage debt.

3. Mediation will assist the parties in negotiation of a modification of the relevant mortgage(s).

Wherefore, the Debtor(s) request the entry of an order referring this case to mediation and for such other and further relief as this Court deems just and proper.

Dated: August 1, 2018

        /s/ David L. Del Vecchio
David L. Del Vecchio, Esquire
DEL VECCHIO & ASSOCIATES, P.A.
111 Second Ave NE, #1403
St. Petersburg, FL 33701
Telephone: (727) 896-6210
Facsimile: (727) 896-8624
FL. Bar # 0940607
ngunndelv@verizon.net

I HEREBY CERTIFY that a copy of the Motion For Referral to Mortgage Modification Mediation was furnished electronically or by U.S. Mail to US Trustee, 501 E. Polk St., #1200, Tampa, FL 33602; Jon M Waage, Chapter 13 Trustee, P.O. Box 25001, Bradenton FL 34206 and to Federal National Mortgage Association, c/o Shreena Augustin, Esquire, 6409 Congress Avenue, Ste. 100, Boca Raton, FL 33487 on this __1st__ day of August, 2018

/s/ David L. Del Vecchio
David L. Del Vecchio, Esquire
DEL VECCHIO & ASSOCIATES, P.A.
111 Second Ave NE, #1403
St. Petersburg, FL 33701
Telephone: (727) 896-6210
Facsimile: (727) 896-8624
FL. Bar # 0940607
ngunndelv@verizon.net